IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 13-cv-03175-RM-CBS | Date: July 2, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                     *Counsel:*

MAMDOUH SALIM                        *Pro Se* (by telephone)

Plaintiff,

v.

ERIC HOLDER, et al.                      Susan Prose
                                                         Ben Brieschke

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: STATUS CONFERENCE**
**Court in session: 09:58 a.m.**
Court calls case. Appearances of counsel.

Discussion regarding Motion for Reconsideration re[10] Order on Motion to Appoint Counsel [37]. The Court advises the Plaintiff that appointment of counsel does not apply in the Plaintiff's position in this case. The Court will place the Plaintiff's name on the Pilot Program list for attorney appointment.

**ORDERED:** The Plaintiff's Response to Motion to Dismiss for Failure to State a Claim [34] has been extended and is due **on or before September 15, 2014.**

Further discussion regarding Plaintiff's access to paper at current location.

The Plaintiff states that he would like the names of his children and grandchildren and pictures of his grandchildren redacted from his Amended Complaint [11]. The Plaintiff shall send Magistrate Judge Shaffer a letter stating where the names of his children and grandchildren and pictures can be found in the attachment to the Amended Complaint and Judge Shaffer's staff will attempt to redact them. A copy of this letter will be sent to defense counsel from Judge Shaffer's staff as well. The Plaintiff shall send this letter to Judge Shaffer at the Alfred Arraj Courthouse at 901 19th St, Denver, CO 80294.

**ORDERED:**  Motion for Reconsideration re [12] Order, Add, and Terminate Parties [16] is **GRANTED** without opposition from defense counsel.  The Court orders that the FBI be re-inserted as a defendant in this case.

Motion to Intervene [26] is **DENIED** without prejudice.

The Court orders a STAY on any and all Discovery pending the Plaintiff's response to Motion to Dismiss [34].  The Court is not entering a Discovery deadline at this time.

Hearing Concluded.

**Court in recess: 10:44 a.m.**
Time in court: 00:42

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.