IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03175-RM-CBS

MAMDOUH SALIM,
    Plaintiff,
v.

ERIC HOLDER, U.S. Attorney General (AG),
FEDERAL BUREAU OF INVESTIGATION (FBI),
CHARLES SAMUELS JR., BOP Director, and
DAVID BERKEBILE, ADX Warden,
    Defendants.

---

## APPOINTMENT ORDER

---

Magistrate Judge Craig B. Shaffer

    In accordance with Part III.C. of the U.S. District Court's Pilot Program to Implement a Civil Pro Bono Panel, the court hereby determines that pro se Plaintiff Mr. Salim merits appointment of counsel drawn from the Civil Pro Bono Panel. The court is satisfied that the factors and considerations of the U.S. District Court's Pilot Program to Implement a Civil Pro Bono Panel, Part III.B.1., have been met. *See* www.cod.uscourts.gov/Court Operations/RulesProcedures/PilotProjects.aspx.

    Accordingly, IT IS ORDERED that the Clerk of the Court shall select, notify, and appoint a member of the Panel to represent Plaintiff in this matter. Plaintiff is advised that until counsel is selected and a Notice of Appointment is filed, he will continue to proceed *pro se* and must follow the court's procedures and rules.

    DATED at Denver, Colorado, this 11th day of July, 2014.

                                    BY THE COURT:

                                    s/Craig B. Shaffer
                                    United States Magistrate Judge